**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Stanley L. Schultz, | ) | |
| | ) | **ORDER COMPELLING** |
| Petitioner, | ) | **DOCUMENTS FOR IN CAMERA** |
| vs. | ) | **REVIEW** |
| | ) | |
| Timothy Schuetzle, Warden, | ) | |
| North Dakota State Penitentiary | ) | Case No.   1:05-cv-092 |
| | ) | |
| Respondent. | ) | |

Stanley Schultz filed a habeas corpus petition alleging, *inter alia*, that he was denied his due process rights because he was not able to see evidence against him at a prison disciplinary hearing and that the evidence was falsified.  The prison disciplinary committee relied on a Bureau of Criminal Investigation ("BCI") report, a statement from a prison informant, and certain money orders, all of which have been extensively edited for security purposes.  The court desires to conduct an *in camera* review of unedited copies of these materials.  See Espinoza v. Peterson, 283 F.3d 949, 951 (8th Cir. 2002).

It is therefore **ORDERED** that Respondent submit unedited copies of the BCI report, the letter from the prisoner informant, and the money orders for an *in camera* inspection. These documents can be submitted directly to the magistrate's or clerk's office in a envelop marked confidential.  The documents need not be sent to the Petitioner in this case.  The documents will be sealed and reviewed only by the court.

Dated this 13th day of February, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge